FRANCES T. GANZARSKI, Appellant, v BUILDERS COMPANY OF AMERICA, INC., et al., Respondents. (And a Third-Party Action.)

Submitted September 8, 2003; decided December 2, 2003

Motion, insofar as it seeks leave to appeal as against Builders Company of America, Inc., dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal as against the City of White Plains, denied.

In the Matter of JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of HELEN L.H., Respondent, v MARK L.O., Appellant.

Submitted October 27, 2003; decided December 2, 2003

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed that part of Family Court's order that denied appellant's motion to vacate prior orders of the court, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FERNANDO GASTELU, Appellant, v DENNIS BRESLIN, Respondent.

Submitted September 12, 2003; decided December 2, 2003

Motion for leave to appeal dismissed upon the ground that relator has been released from custody and, therefore, his liberty is no longer restrained to such a degree as to entitle him to the extraordinary writ of habeas corpus (*see People ex rel. Wilder v Markley*, 26 NY2d 648). Motion for poor person relief dismissed as academic.